REQUEST FOR COURT ACTION / DIRECTION

| | | | |
|---|---|---|---|
| TO: | Jim Molinelli<br>Docket Clerk | OFFENSE: | Conspiracy To Distribute And Possess With Intent To Distribute Over 500 Grams Of Heroin And Over 500 Grams of Cocaine (21 USC 846, 841(a)(1) and (b)(1)(B)(ii), Conspiracy To Launder Monies Derived From The Sale Of Controlled Substances (18 USC 1956(h). |
| | | ORIGINAL SENTENCE: | 63 Months Imprisonment Each Of Counts 1 and 55 Of The Superseding Indictment To Run Concurrently and Four (4) Years Supervised Release on Count 1 and Three (3) Years Supervised Release on Count 55 To Run Concurrently. |
| FROM: | Kyle Crayton<br>Sr. U.S. Probation Officer | SPEC. CONDITIONS: | The Defendant Shall Participate In A Program Of Substance Abuse Treatment As Directed By The U.S. Probation Office. |
| | | AUSA: | To be Determined |

RE:   RAPHAEL TURRELL
      Docket # CR - 2 - 97 - 141 (5)

DATE OF SENTENCE: 09/30/2004

DATE: July 3, 2008

ATTACHMENTS:   PSI ___   JUDGMENT X   PREVIOUS REPORTS ___
               VIOLATION PETITION

REQUEST FOR:   WARRANT ___   SUMMON ___   COURT DIRECTION ___

---

## ASSIGNMENT FOR TRANSFER OF JURISDICTION

On September 30, 2004, the above-mentioned individual was sentenced as outlined above in the Southern District of Ohio, by the Honorable Edmund A. Sargus, Jr., U.S. District Judge.

On July 2, 2008, we received a letter from the Southern District of Ohio, advising that the Honorable Edmund A. Sargus, Jr., U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Turrell's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of Transfer of Jurisdiction.

TURRELL, RAPHAEL                          - 2 -                           41654/KDC

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                          Respectfully submitted,

                                          Chris J. Stanton
                                          Chief U.S. Probation Officer

                        By: _____
                                        Kyle Crayton
                                        Sr. U.S. Probation Officer
                                        212-805-5154

Approved By: _____    7/3/08
                  Enid Febus                         Date:
                  Supervising U.S. Probation Officer
                  (212) 805 - 5074